AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   3:24-CV-00644

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   NBI, INC. c/o CHASE YAEGER
was recieved by me on 9/18/2024:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Chase Yaegar**, who is designated by law to accept service of process on behalf of **NBI, INC. c/o CHASE YAEGER** at 1218 MCCANN DR, Altoona, WI 54720 on 10/01/2024 at 10:24 AM; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date:

STATE OF WISCONSIN
COUNTY OF Eau Claire
Personally came before me this 10 day of
October 2024 the above named
Jodie Lee
to me known to be the person(s) who executed the
foregoing instrument and acknowledged the same.
Notary Public, State of Wisconsin
My commission expires 05-11-27

Server's signature

Jodie Lee
Printed name and title

1305 South 82nd Ave
Eau Claire, WI 54703

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Chase Yaegar who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.




Tracking #: 0144696620

STATE OF WISCONSIN
COUNTY OF _____

Personally came before me this ___ day of _____
being _____ the above named _____

_____

to me known to be the person who executed the
foregoing instrument and acknowledged the same.

Notary Public, _____ County, Wisconsin
My commission expires _____