**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**KENDRA HARPER**, *individually and on behalf of all others similarly situated,*

*Plaintiff,*

v.

**NBI, INC.**

*Defendant.*

**ORAL ARGUMENT REQUESTED**

Case No. 24-CV-00644

**DEFENDANT NBI, INC.'S MOTION TO DISMISS**
**FOR FAILURE TO STATE A CLAIM**

Defendant NBI, Inc. ("NBI" or "Defendant"), by and through its attorneys, Duane Morris LLP, respectfully requests that the Court dismiss the Complaint of Plaintiff Kendra Harper ("Harper" or "Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this request, Defendant submits the contemporaneously filed Memorandum of Law and states as follows:

1. Plaintiff does not and cannot plausibly allege that NBI is a "video tape service provider" as required by the Video Privacy Protection Act and, therefore, Plaintiff fails to state and cannot state a claim. Plaintiff's Complaint, accordingly, fails for at least three independent reasons, each of which is set forth more fully in Defendant's Memorandum of Law.

2. *First*, Plaintiff fails to plausibly allege that Defendant engaged in "business" as required by the plain language of the statute. Defendant is a non-profit entity and, therefore, does not engage in "business" as the statute uses that term.

3. *Second*, Plaintiff fails to plausibly allege that she viewed "prerecorded" content as required by the plain language of the statute. Courts regularly dismiss VPPA claims where plaintiffs fail to allege the type of content they allegedly viewed. Here, Plaintiff has not and cannot allege the content she viewed was "prerecorded."

4. *Third*, Plaintiff fails to plausibly claim that continuing legal education courses are the "prerecorded video cassette tapes or similar audio visual materials" that Congress intended to regulate when it passed the VPPA. Accordingly, an entity that provides such courses is not a "video tape service provider" as defined by the statute.

WHEREFORE, Defendant NBI, Inc. respectfully requests that this Court grant its motion to dismiss Plaintiff Kendra Harper's Complaint for failure to state a claim as well as grant it any other relief the Court deems just and proper.

**Dated: October 22, 2024**

Respectfully submitted,

NBI, INC.

By: */s/ Gerald L. Maatman, Jr.,*
One of its Attorneys

Gerald L. Maatman, Jr.
Jennifer A. Riley
Ryan T. Garippo
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Tel: (312) 499-6700
Fax: (312) 499-6701
Email: gmaatman@duanemorris.com
Email: jariley@duanemorris.com
Email: rgarippo@duanemorris.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I, Gerald L. Maatman, Jr., do hereby certify that a true and correct copy of the forgoing document has been furnished by the Court's CM/ECF filing system on this 22nd day of October 2024 to the following individuals:

Frank Hedin
HEDIN LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Email: fhedin@hedinllp.com

**Dated: October 22, 2024**

/s/ *Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone: (312) 499-6700
Email: gmaatman@duanemorris.com

***Counsel for Defendant***