# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KENDRA HARPER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NBI, INC.,<br><br>    Defendant. | CASE NO. 24-CV-644 |

## NOTICE OF ATTORNEY APPEARANCE

    Julie Holt, of the law firm Hedin LLP, enters her appearance as counsel of record for Plaintiff Kendra Harper in these proceedings. All parties are requested to take notice of the undersigned's appearance and to serve all copies of all filings and other documents upon the undersigned.

Dated: November 8, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: *s/ Julie Holt*
　　　　　　　　　　　　　　　　　　　　　　　Julie Holt

　　　　　　　　　　　　　　　　　　　　**HEDIN LLP**
　　　　　　　　　　　　　　　　　　　　Julie Holt (FBN 95997)
　　　　　　　　　　　　　　　　　　　　jholt@hedinllp.com
　　　　　　　　　　　　　　　　　　　　1395 Brickell Ave, Suite 610
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　Tel: (305) 357-2107
　　　　　　　　　　　　　　　　　　　　Fax: (305) 200-8801

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Putative Classes*