IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **KENDRA HARPER**, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>**NBI, INC.**<br><br>*Defendant.* | **ORAL ARGUMENT REQUESTED**<br><br>Case No. 24-CV-00644 |

## DEFENDANT NBI, INC.'S MOTION TO DISMISS
## AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendant NBI, Inc. ("NBI" or "Defendant"), by and through its attorneys, Duane Morris LLP, respectfully requests that the Court dismiss the Amended Complaint of Plaintiff Kendra Harper ("Harper" or "Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this request, Defendant submits the contemporaneously filed Memorandum of Law and states as follows:

1.  Plaintiff does not and cannot allege facts showing the required elements of a claim for alleged violation of the Video Privacy Protection Act ("VPPA"). Plaintiff cannot plausibly allege that NBI is a "video tape service provider" as required by the statute, and Plaintiff cannot plausibly allege that NBI disclosed her personally identifiable information. Plaintiff's Amended Complaint, accordingly, fails for at least three independent reasons, each of which is set forth more fully in Defendant's Memorandum of Law.

1

2.     *First*, Plaintiff cannot allege that NBI is a "video tape service provider" because she cannot plausibly allege that Defendant engaged in "business" as required by the plain language of the statute.  Defendant is a non-profit entity and, therefore, does not engage in "business" as the statute uses that term.

3.     *Second*, Plaintiff does not plausibly allege that NBI "disclosed" her specific personally identifiable information.  Plaintiff does not set forth facts regarding her own purported visit to the website but bases her claim solely on screenshots purporting to exemplify a hypothetical user's trip to a different page.  Accordingly, because Harper's claim relies solely on speculative hypotheticals, the Court should dismiss the Amended Complaint.

4.     *Third*, Plaintiff fails to plausibly claim that continuing legal education courses are the "prerecorded video cassette tapes or similar audio visual materials" that Congress intended to regulate when it passed the VPPA.  Accordingly, an entity that provides such courses is not a "video tape service provider" as defined by the statute.

WHEREFORE, Defendant NBI, Inc. respectfully requests that this Court grant its motion to dismiss Plaintiff Kendra Harper's Amended Complaint for failure to state a claim as well as grant it any other relief the Court deems just and proper.

**Dated:  November 19, 2024**              Respectfully submitted,

                                                                NBI, INC.

                                                                By: s/ *Gerald L. Maatman, Jr.,*
                                                                One of its Attorneys

2

Gerald L. Maatman, Jr.
Jennifer A. Riley
Ryan T. Garippo
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Tel:  (312) 499-6700
Fax:  (312) 499-6701
Email:  gmaatman@duanemorris.com
Email:  jariley@duanemorris.com
Email:  rgarippo@duanemorris.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Gerald L. Maatman, Jr., do hereby certify that a true and correct copy of the forgoing document has been furnished by the Court's CM/ECF filing system on this 19th day of November 2024 to the following individuals:

Frank Hedin
Julie Holt
HEDIN LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Email: fhedin@hedinllp.com
Email: jholt@hedinllp.com

**Dated: November 19, 2024**               s/ *Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone: (312) 499-6700
Email: gmaatman@duanemorris.com

*Counsel for Defendant*