**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

KENDRA HARPER, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

NBI, INC.,

      Defendant.

CASE NO. 24-cv-644

---

### STIPULATED EXTENSION FOR RESPONSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS

---

Plaintiff Kendra Harper and Defendant NBI, Inc. stipulate to a one-week extension for Plaintiff to respond to Defendant's Motion to Dismiss, making Plaintiff's response due December 17, 2024. The parties also stipulate to a one-week extension for Defendant's reply to the Motion to Dismiss, making Defendant's reply due January 3, 2025.

[*signature page follows*]

Dated:  December 5, 2024

Respectfully submitted,

By: *s/ Julie Holt*
      Julie Holt

**HEDIN LLP**
jholt@hedinllp.com
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

*Counsel for Plaintiff and the Putative Class*

By:  s/  *Gerald L. Maatman, Jr.*
      Gerald L. Maatman, Jr.

**DUANE MORRIS LLP**
gmaatman@duanemorris.com
jariley@duanemorris.com
rgarippo@duanemorris.com
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Tel:  (312) 499-6700
Fax:  (312) 499-6701

*Counsel for Defendant*