**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**KENDRA HARPER**, *individually and on behalf of all others similarly situated,*

*Plaintiff,*

v.

**NBI, INC.**

*Defendant.*

Judge William Conley

Magistrate Judge Anita Boor

Case No. 24-CV-00644

**DEFENDANT NBI, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant NBI, Inc. ("NBI") respectfully submits this notice of supplemental authority in support of its motion to dismiss on the ground that NBI is not a "video tape service provider" within the meaning of the Video Privacy Protection Act ("VPPA"). 18 U.S.C. 2710(a)(4). NBI explained in its motion that, in enacting the VPPA, "Congress did not think it was regulating compliance protocols for CLE course providers" because Congress sought to protect the choice of movies that we watch "with our family in our own homes." (ECF No. 14 at 23-24 (quotations omitted).) In 1988, by contrast, "CLE courses were largely in-person events." (*Id.*)

In *Osheske v. Silver Cinemas Acquisition Co.*, No. 23-CV-003882, 2024 WL 5487091, at *3 (9th Cir. Mar. 27, 2025), the U.S. Court of Appeals for the Ninth Circuit similarly affirmed dismissal of a VPPA claim against a movie theater, in part, because Congress' "remarks about privacy and intellectual freedom" in connection with the VPPA "were limited to the 'home.'" Like CLE courses, movie theaters "in the late 1980s" were in-person "publicly accessible sites of shared synchronous viewing" and were not in

individuals' private homes. *Id.* (quotations omitted). A copy of the *Osheske* opinion is attached hereto as **Exhibit 1**.

**Dated: April 17, 2025**

Respectfully submitted,

NBI, INC.

By: */s/ Gerald L. Maatman, Jr.,*
One of its Attorneys

Gerald L. Maatman, Jr.
Jennifer A. Riley
Ryan T. Garippo
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Tel: (312) 499-6700
Fax: (312) 499-6701
Email: gmaatman@duanemorris.com
Email: jariley@duanemorris.com
Email: rgarippo@duanemorris.com

***Attorneys for Defendant***