**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

KENDRA HARPER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NBI, INC.,

Defendant.

CASE NO. 24-cv-644

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Kendra Harper submits this Notice of Supplemental Authority to inform this Court of the recent decision in *Dana Manza v. Pesi, Inc.*, No. 3:24-cv-00690, ECF No. 38 (W.D. Wis. May 20, 2025). In *Manza*, Judge James D. Peterson of this district considered and rejected the precise argument Defendant makes here in its Motion to Dismiss: that a non-profit cannot be a "video tape service provider" because it, by its non-profit nature, cannot be "in the business" of renting, selling, or delivering of prerecorded video cassette tapes or similar audio visual materials.

Plaintiff could not have cited this authority previously because the decision was issued on May 20, 2025, well after briefing had closed in the instant matter.

A copy of the *Manza* decision is attached as **Exhibit A** for the Court's convenience.

Dated: May 22, 2025

Respectfully submitted,

By: <u>*s/ Julie Holt*</u>
Julie Holt

**HEDIN LLP**
Julie Holt
jholt@hedinllp.com
1395 Brickell Ave, Suite 610

Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

*Counsel for Plaintiff and the Putative Class*