UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KENDRA HARPER, individually and on behalf of all others similarly situated,

  Plaintiff,

v.

NBI, INC.,

  Defendant.

CASE NO. 24-cv-644

---

**NOTICE OF WITHDRAWAL OF JULIE HOLT AS COUNSEL FOR PLAINTIFF**

---

PLEASE TAKE NOTICE that Attorney Julie Holt is leaving Hedin LLP and thus withdraws as counsel of record for Plaintiff. Plaintiff will continue to be represented by remaining counsel of record, Frank Hedin.

Dated: June 27, 2025

Respectfully submitted,

By: *s/ Julie Holt*
   Julie Holt

**HEDIN LLP**
Julie Holt
Frank Hedin
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com
jholt@hedinllp.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record and served a copy via email on Defendant's retained counsel.

<u>*/s/ Julie Holt*</u>